United States Bankruptcy Court
Middle District of Florida

In re:                                                                  Case No. 19-02538-RCT
Anthony Anibal Aleman                                                   Chapter 7
Maria Luz Rosario
       Debtors

## CERTIFICATE OF NOTICE

District/off: 113A-8           User: hjeff              Page 1 of 2              Date Rcvd: Mar 26, 2019
                               Form ID: 309A            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2019.
```
db/jdb     +Anthony Anibal Aleman,   Maria Luz Rosario,   6041 Gibson Ave.,   Tampa, FL 33617-1327
28136243   +Aspire/Emerge,   Attn: Bankruptcy,   Po Box 105555,   Atlanta, GA 30348-5555
28136244   +Bank Of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
28136248   +Citi/Sears,   Citibank/Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
28136249   +Citibank/Exxon Mobile,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
28136250   +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
             St Louis, MO 63179-0034
28136253   +Kevin B. Wilson Law Office,   P. O. Box 24103,   Chattanooga, TN 37422-4103
28136254   +Mr. Cooper,   Attn: Bankruptcy,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
28136255   +OAC Collection Specialists,   Attn: Bankruptcy,   Po Box 500,   Baraboo, WI 53913-0500
28136256   +Salute Cards,   Attn: Bankruptcy,   Po Box 105555,   Atlanta, GA 30348-5555
28136257   +Sherloq,   134 S. Tampa Street,   Tampa, FL 33602-5354
28136261   +Tower Breast Diagnostic,   2716 University Square Dr.,   Tampa, FL 33612-5513
28136262   +Tower Breast Diagnostics,   4719 N. Habana Ave.,   Tampa, FL 33614-7105
28136263   +Tribute,   Cardholder Services,   Po Box 105555,   Atlanta, GA 30348-5555
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: data@1800debtrelief.com Mar 27 2019 00:25:37     Alan D Borden,
             Debt Relief Legal Group, LLC,   901 W. Hillsborough Avenue,   Tampa, FL  33603
tr         +EDI: BCLHERENDEEN.COM Mar 27 2019 04:08:00      Christine L Herendeen,   PO Box 152348,
             Tampa, FL 33684-2348
ust        +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Mar 27 2019 00:28:29
             United States Trustee - TPA7/13,   Timberlake Annex, Suite 1200,   501 E Polk Street,
             Tampa, FL 33602-3949
28136242   +E-mail/Text: bankruptcy@rentacenter.com Mar 27 2019 00:29:04      Acceptance Now,
             Attn: Acceptancenow Customer Service / B,   5501 Headquarters Dr,   Plano, TX 75024-5837
28136247    EDI: CITICORP.COM Mar 27 2019 04:08:00      Citi,   Citicorp Credit Services; Attn: Centrali,
             Po Box 20507,   Kansas City, MO 64195
28136245   +EDI: CAPITALONE.COM Mar 27 2019 04:08:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
             Salt Lake City, UT 84130-0285
28136246   +EDI: CHASE.COM Mar 27 2019 04:08:00      Chase Card Services,   Attn: Bankruptcy,   Po Box 15298,
             Wilmington, DE 19850-5298
28136251   +EDI: BLUESTEM Mar 27 2019 04:08:00      Fingerhut,   Attn: Bankruptcy,   Po Box 1250,
             Saint Cloud, MN 56395-1250
28136252   +E-mail/Text: cashiering-administrationservices@flagstar.com Mar 27 2019 00:28:38
             Flagstar Bank,   Attn: Bankruptcy,   5151 Corporate Drive,   Troy, MI 48098-2639
28136258   +EDI: RMSC.COM Mar 27 2019 04:08:00      Syncb/Nordyne,   Attn: Bankruptcy,   Po Box 965060,
             Orlando, FL 32896-5060
28136259   +EDI: RMSC.COM Mar 27 2019 04:08:00      Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
             Po Box 956060,   Orlando, FL 32896-0001
28136260   +EDI: RMSC.COM Mar 27 2019 04:08:00      Synchrony Bank/Chevron,   Attn:  Bankruptcy Dept,
             Po Box 965060,   Orlando, FL 32896-5060
28136264    EDI: WFFC.COM Mar 27 2019 04:08:00      Wells Fargo Bank,   Attn: Bankruptcy Dept,   Po Box 6429,
             Greenville, SC 29606
                                                                                              TOTAL: 13
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 113A-8          User: hjeff              Page 2 of 2              Date Rcvd: Mar 26, 2019
                              Form ID: 309A            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2019 at the address(es) listed below:
              Alan D Borden    on behalf of Joint Debtor Maria Luz Rosario data@1800debtrelief.com,
               r48456@notify.bestcase.com;1663805420@filings.docketbird.com
              Alan D Borden    on behalf of Debtor Anthony Anibal Aleman data@1800debtrelief.com,
               r48456@notify.bestcase.com;1663805420@filings.docketbird.com
              Christine L Herendeen    clherendeen@herendeenlaw.com,  FL78@ecfcbis.com
              United States Trustee - TPA7/13    USTPRegion21.TP.ECF@USDOJ.GOV
                                                                                            TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Anthony Anibal Aleman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–2970** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Maria Luz Rosario** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–2382** <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | Date case case filed for chapter  **7**   **3/22/19** |
| Case number:   **8:19–bk–02538–RCT** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Anthony Anibal Aleman | Maria Luz Rosario |
| 2. | **All other names used in the last 8 years** | | aka Maria Luz Rosario de Aleman |
| 3. | **Address** | 6041 Gibson Ave. <br> Tampa, FL 33617 | 6041 Gibson Ave. <br> Tampa, FL 33617 |
| 4. | **Debtor's attorney** <br> Name and address | Alan D Borden <br> Debt Relief Legal Group, LLC <br> 901 W. Hillsborough Avenue <br> Tampa, FL 33603 | Contact phone 813–231–2088 <br><br> Email: data@1800debtrelief.com |
| 5. | **Bankruptcy Trustee** <br> Name and address | Christine L Herendeen <br> PO Box 152348 <br> Tampa, FL 33684 | Contact phone 813–438–3833 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page 1

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Sam M. Gibbons United States Courthouse<br>801 North Florida Avenue, Suite 555<br>Tampa, FL 33602 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 813–301–5162<br><br>Date: March 26, 2019 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **April 24, 2019 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br><br>**Room 100–C, 501 East Polk St., (Timberlake Annex), Tampa, FL 33602** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** June 24, 2019 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening, discharge, and closing dates, and whether a case has assets or not. McVCIS is accessible 24 hours a day except during routine maintenance. To access McVCIS toll free call 1–866–222–8029. | |